| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Scott, Jeanne E | 2. Court or Organization US Dist. Ct., Cent. Dist.of Il | 3. Date of Report 04/14/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US Dist. Judge, active status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address U.S. Courthouse 600 E. Monroe Springfield, Illinois 62701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1979 | Ill. Judges' Retirement System -- vested right to future pension benefit |
| 2. 1978 | Ill. Municipal Retirement Fund-- right to future pension benefit in accordance with Ill.Retirement Systems Reciprocal Act |
| 3. | |

RECEIVED 2006 APR 18 P 12:41 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 04/14/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 04/14/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 04/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcoa common stock | A | Dividend | K | T | | | | | |
| 2. Amer. Express common stock | A | Dividend | K | T | | | | | |
| 3. Tyco Intl. common stock | A | Dividend | J | T | | | | | |
| 4. Bristol Myers Sq. common stock | A | Dividend | J | T | | | | | |
| 5. Intel common stock | A | Dividend | J | T | | | | | |
| 6. Pepsico common stock | A | Dividend | J | T | | | | | |
| 7. Schlumberger common stock | A | Dividend | K | T | | | | | |
| 8. S W Airlines common stock | A | Dividend | J | T | | | | | |
| 9. Varian Inc. common stock | | None | J | T | | | | | |
| 10. Varian Medical Sys. Inc. common stock | | None | K | T | | | | | |
| 11. Farm rental prop., Sangamon Co.,Ill,, appraisal 2-12-90 | B | Rent | K | Q | partial sale | 7-29 | J | C | County of Sangamon, Il. |
| 12. JP Morgan Chase Bank, formerly Bank One --acct. | B | Interest | L | T | | | | | |
| 13. Natl. Cty. Bank acct. | B | Interest | L | T | | | | | |
| 14. Bank of Spfld. acct. | B | Interest | K | T | | | | | |
| 15. Vanguard Index Trust 500 Fd. | A | Dividend | K | T | | | | | |
| 16. Pioneer Tax-free Inc. Fd., Cl. A | A | Dividend | J | T | | | | | |
| 17. ML CMA Tax-Exempt Money Fd. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | S =Assessment | T =Cash Market | | |
| | U =Book Value | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 04/14/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ML Cnsmr STPL SPDR MITTS, 4-19-06 | A | Interest | J | T | | | | | |
| 19. Merrill Lynch-IRA | D | Dividend | L | T | | | | | |
| 20. -Alger Midcap Growth, Cl. C | | | | | | | | | |
| 21. -Columbia International Val Fd, Cl C | | | | | | | | | Fd name chg- see Part VIII |
| 22. -ML Bank USA RASP | | | | | | | | | |
| 23. Phil Pa Wtr-Swr Rev 7% Bd. 14th Ser Jun89 0% Oct 01 08 | B | Interest | K | T | | | | | |
| 24. Washington St. 7.05% CI Bond 0% Oct89 Aug 01 05 | A | Interest | | | redemption | 8-1 | J | A | |
| 25. Chi Il. Wtr Rev Cap App 7.2%CI Bd. Dec89 0% Nov 15 05 | C | Interest | | | redemption | 11-15 | K | A | |
| 26. Brighton Mi Area Sch Dst 7.5% CI SR1 Bd May 90 0% May 01 15 | A | Interest | | | redemption | 5-2 | K | A | |
| 27. Alaska Enrgy At Pwr Rv Cap App 7.1%CI Bd Oct89 0% Jul 01 06 | C | Interest | K | T | | | | | |
| 28. | | | | | | | | | |
| 29. Thornton Col. 6.75%CI RFDG Bond Mar91 0% Dec 01 07 | C | Interest | K | T | | | | | |
| 30. Conn. St. College Sav Bd Ser A 6.65%CI May92 0% May 15 10 | B | Interest | K | T | | | | | |
| 31. Oak Lawn Il Wtr-Swr Rev 6.8%CI Ser A RFDG Jun92 0% Oct 01 09 | B | Interest | K | T | | | | | |
| 32. Broward Cnty Fla Sch Dist RFDG Bd 6.55%CI Jun92 0% Feb15 08 | C | Interest | K | T | | | | | |
| 33. Chartiers Valley Pa Sch Dist 6.35%CI Bd Jan93 0% Feb 01 07 | B | Interest | K | T | | | | | |
| 34. Judson Tex ISD Sch Bldg 5.85% CI RFDG Bd Mar94 0% Feb01 07 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 04/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Montour Pa Sch DT New Sch Ser B 5.75%CIBd Aug93 0% Jan01 11 | B | Interest | K | T | | | | | |
| 36. Hillsbor. Cnty Fl Utl Ref Rev. 7.25%CI A Bd Sep91 0% Aug1 06 | C | Interest | K | T | | | | | |
| 37. Crowley Tex Indpt Sch Dt Bldg Rfdg7.15%CI Bd Aug91 0%Aug1 16 | B | Interest | K | T | | | | | |
| 38. Wash. Co Pa at LSE Rev Cap 6.85%CI Bd Apr 92 0% Jun01 20 | B | Interest | K | T | | | | | |
| 39. Marine Bank acct. | B | Interest | L | T | | | | | |
| 40. Carrollton Bank acct | A | Interest | K | T | | | | | |
| 41. ChevronTexaco Corp. common stock | A | Dividend | J | T | | | | | |
| 42. Zimmer Holdings Ins. common stock | | None | K | T | | | | | |
| 43. Georgia Mun. Elec. Ath. Pwr. Rev.B 7.9%Aug.88 0% Jan01 13 | B | Interest | K | T | | | | | |
| 44. Aim Basic Value Fd., Cl.C | | None | L | T | | | | | |
| 45. Mass. Investors Growth Stck Fd. Cl.C | | None | K | T | | | | | |
| 46. State Str. Rsch. Aurora Fd. Cl.C, now Blacrock Aurora Cl C | | | | | Sold | 1-19 | K | D | |
| 47. Escondido CA Jt Pwrs Fin Auth Rev 6.4% Bd Jan92 0% Sep01 12 | B | Interest | K | T | | | | | |
| 48. E-470 Pub Hwy at Col R v 5.43% CI SerB Bd Aug 97 0% Sep01 16 | C | Interest | L | T | | | | | |
| 49. Midway Tex Indpt Sch Dis 6.2% CI Rf Bd Mar00 0% Aug15 15 | B | Interest | K | T | | | | | |
| 50. Ill. Nat. Bank acct. | B | Interest | K | T | | | | | |
| 51. American General Life Ins. Co. whole life insurance policy | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne. E | 04/14/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cinergy Corp. common stock | A | Dividend | J | T | | | | | |
| 53. Hawaii St. 7.5% CI SerBL Bd Dec88 0% Dec 01 06 | C | Interest | K | T | | | | | |
| 54. Harris Cnty Tex 5.9% CI RFDG Bd Nov96 0% Oct 01 13 | C | Interest | L | T | | | | | |
| 55. Clovis Ca Uni Sch Dist SerB 4.62% CI Bd Oct02 0% Aug01 17 | C | Interest | L | T | | | | | |
| 56. Alltel Corp., common stock | A | Dividend | J | T | | | | | |
| 57. Harley Davidson Inc., common stock | A | Dividend | J | T | | | | | |
| 58. Town and Country Bank acct. | A | Interest | L | T | | | | | |
| 59. Palm Bch Co Fl solid wst Rev A 5% Rfdg Bd Sep 98 0% Oct01 12 | B | Interest | L | T | | | | | |
| 60. Prairie State Bank acct. | A | Interest | K | T | | | | | |
| 61. Manteca Ca Uni Sch Dist 4.35% CI Bond | A | Interest | L | T | purchase | 11-18 | L | | |
| 62. Ameriprise Finl Inc., common stock | A | Dividend | J | T | acq--spinoff | 10-06 | J | | Spinoff from Amer. Express |
| 63. Medina Oh Cty Sch Dist 3.8%CI Bond | B | Interest | K | T | purchase | 4-28 | K | | |
| 64. Munder Small Cap Value Fund Cl C | A | Dividend | K | T | purchase | 1-24 | K | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
(See Column C2)  Q =Appraisal  V =Other  S =Assessment
U =Book Value  W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The interest shown on lines 18, 23-27, 29-38, 43, 47-49, 53-55, 59, 61 and 63 of Part VII is original issue discount.

In Sept. 2005, Nations International Value Inv Fd C underwent a name change to Columbia InternationalValue Fd, Cl C-- see line 21 of Part VII of report.

State Str Rsch Aurora Fd., Cl C underwent a name change to Blackrock Aurora Fd., Cl C -- see line 46 of Part VII of report.

Line 28 of Part VII of the report is blank deliberately; I could not get the computer form to advance and eliminate blank line 28.

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 04/14/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _April 14, 2006_

NOTE: ANY ████████████████████████LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544